# SCHEDULE A

## **SCHEDULE A**

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved December 27, 2020, as Public Law 116-260, div. F, tit. II, 134 Stat. 1452, which appropriated the funds that shall be used for the taking.

# SCHEDULE

# B

## **SCHEDULE B**

## PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain border barrier, including gates and power to operate such gates as well as roads that will be required to construct, operate, and maintain the border barrier.

# SCHEDULE C

## SCHEDULE C

LEGAL DESCRIPTION

Starr County, Texas

Tract:  RGV-RGC-6015
Owner: Jennifer Carmela Herrera, *et al*.
Acres:  7.131

**Being** a 7.131 acre (310,648 square feet) parcel of land, more or less, being out of the Pedro Lugo Survey, Abstract No. 126, Porción 74, Starr County, Texas, being out of a called 29.72 acre tract described in Volume 1053, Page 171, Official Records of Starr County, Texas (Tract No. 2: Share 3-A) and being out of a called 34.27 acre tract described in Volume 1053, Page 171, Official Records of Starr County, Texas (Tract No. 3: Share 5-A), and being the same tracts conveyed to Peter Boone LaGrange by Affidavits of Heirship recorded in Document No. 2019-349603, Document No. 2019-349604 and Document No. 2019-349605, Official Records of Starr County, Texas, said parcel of land being more particularly described by metes and bounds as follows;

**Commencing** at a found 1" iron pipe at the northwest corner of the 29.72 acre tract and the northeast corner of a called 26.52 acre tract conveyed to Americo Eloy Garcia, Rogelio Garcia and Salvador Garcia, Jr. by Warranty Deed recorded in Volume 572, Page 840, Official Records of Starr County, Texas (Fifth Tract: Share 2-A) and being the same tract of land conveyed to Maria Soledad Garcia and Salvador Garcia, III by Deed of Gift recorded in Volume 1007, Page 644, Official Records of Starr County, Texas (Fifth Tract: Share 2-A), said point being in the south line of a called 5.00 acre tract conveyed to Maria Soledad Garcia and Salvador Garcia, III by Deed of Gift recorded in Volume 1007, Page 644, Official Records of Starr County, Texas (Fourth Tract: Share 4-A), said point having the coordinates of N=16656894.140, E=855608.699, said point bears S 00°12'36" E, a distance of 3009.40' from United States Army Corps of Engineers Control Point No. 211;

**Thence:** S 08°51'11" W (N 08°44'00" E, Record), departing the south line of the 5.00 acre tract, with the east line of 26.52 acre tract and the west line of the 29.72 acre tract, for a distance of 859.39' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-6014-1=6015-1" for the **Point of Beginning** and northwest corner of Tract RGV-RGC-6015, said point being in the east line of the 26.52 acre tract and the west line of the 29.72 acre tract, said point having the coordinates of N=16656044.993, E=855476.437;

**Thence:** departing the east line of the 26.52 acre tract, over and across the 29.72 acre tract and the 34.27 acre tract, the following courses and distances:

- S 58°21'13" E, for a distance of 119.19' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-6015-2" for an angle point in the north line of Tract RGV-RGC-6015;

- N 75°23'46" E, passing at 535.39' the east line of the 29.72 acre tract and the west line of the 34.27 acre tract, continuing for a total distance of 854.30' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-6015-3" for an angle point in the north line of Tract RGV-RGC-6015;

- N 51°43'37" E, for a distance of 493.35' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-6015-4=6016-1" for northeast corner of Tract RGV-RGC-6015, said point being in the northeast line of the 34.27 acre tract and the southwest line of a called 41.27 acre tract conveyed to Santa Cruz Properties, LTD. by Trustee's Deed recorded in Document No. 2020-354442, Official Records of Starr County, Texas;

**Thence:** along the northeast line of 34.27 acre tract and the southwest line of the 41.27 acre tract,
the following courses and distances:

- S 39°17'58" E (S 39°43'00" E, Record), for a distance of 132.70' to a found 1/2" iron rod with cap stamped "RPLS 4856" for an angle point in the northeast line of Tract RGV- RGC-6015;

- S 35°48'41" E (S 36°11'00" E, Record), for a distance of 67.39' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-6015-6=6016-6" for the southeast corner of Tract RGV-RGC-6015, said point being in the northeast line of 34.27 acre tract and the southwest line of the 41.27 acre tract;

**Thence:** departing the southwest line of the 41.27 acre tract, over and across the 34.27 acre tract and the 29.72 acre tract, the following courses and distances:

- S 51°43'37" W, for a distance of 534.74' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-6015-7" for an angle point in the south line of Tract RGV-RGC- 6015;

- S 75°23'46" W, passing at 447.61' the west line of the 34.27 acre tract and the east line of the 29.72 acre tract, continuing for a total distance of 981.62' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-6015-8" for an angle point in the south line of Tract RGV-RGC-6015;

- N 58°21'13" W, for a distance of 120.56' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-6014-2=6015-9" for the southwest corner of Tract RGV-RGC- 6015, said point being in the west line of the 29.72 acre tract and the east line of the 26.52 acre tract;

**Thence:** N 08°51'11" E (N 08°44'00" E, Record), with the west line of the 29.72 acre tract and the east line of the 26.52 acre tract, for a distance of 216.94' to the **Point of Beginning.**

# SCHEDULE D

**SCHEDULE D**

MAP or PLAT

LAND TO BE CONDEMNED



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)

### LINE TABLE

| LINE | BEARING | DISTANCE | REC-BEARING | REC-DISTANCE |
|------|---------|----------|-------------|--------------|
| L1 | S 00°12'36" E | 3009.40' | N/A | N/A |
| L2 | S 08°51'11" W | 859.39' | N 08°44'00" E | N/A |
| L3 | S 58°21'13" E | 119.19' | N/A | N/A |
| L4 | N 75°23'46" E | 854.30' | N/A | N/A |
| L5 | N 51°43'37" E | 493.35' | N/A | N/A |
| L6 | S 39°17'58" E | 132.70' | S 39°43'00" E | N/A |
| L7 | S 35°48'41" E | 67.39' | S 36°11'00" E | N/A |
| L8 | S 51°43'37" W | 534.74' | N/A | N/A |
| L9 | S 75°23'46" W | 981.62' | N/A | N/A |
| L10 | N 58°21'13" W | 120.56' | N/A | N/A |
| L11 | N 08°51'11" E | 216.94' | N 08°44'00" E | N/A |
| L12 | N 75°23'46" E | 427.15' | N/A | N/A |
| L13 | N 75°23'46" E | 427.15' | N/A | N/A |
| L14 | N 51°43'37" E | 246.67' | N/A | N/A |
| L15 | N 51°43'37" E | 246.67' | N/A | N/A |
| L16 | S 51°43'37" W | 267.37' | N/A | N/A |
| L17 | S 51°43'37" W | 267.37' | N/A | N/A |
| L18 | S 75°23'46" W | 490.81' | N/A | N/A |
| L19 | S 75°23'46" W | 490.81' | N/A | N/A |

### COORDINATE TABLE

| Monument No. | Northing | Easting | Monument Description |
|--------------|----------|---------|----------------------|
| 1 | 16656044.993 | 855476.437 | RGV-RGC-6014-1=6015-1 |
| 2 | 16655982.456 | 855577.905 | RGV-RGC-6015-2 |
| 3 | 16656197.857 | 856404.605 | RGV-RGC-6015-3 |
| 4 | 16656503.442 | 856791.917 | RGV-RGC-6015-4=6016-1 |
| 5 | 16656400.755 | 856875.964 | RGV-RGC-6015-5=6016-7 |
| 6 | 16656346.108 | 856915.393 | RGV-RGC-6015-6=6016-6 |
| 7 | 16656014.885 | 856495.586 | RGV-RGC-6015-7 |
| 8 | 16655767.383 | 855545.680 | RGV-RGC-6015-8 |
| 9 | 16655830.636 | 855443.050 | RGV-RGC-6014-2=6015-9 |
| 10 | 16656694.140 | 855608.699 | POC RGV-RGC-6014 6015 |
| 11 | 16656090.157 | 855991.255 | RGV-RGC-6015-2A |
| 12 | 16656350.650 | 856598.261 | RGV-RGC-6015-3A |
| 13 | 16656180.497 | 856705.490 | RGV-RGC-6015-6A |
| 14 | 16655891.134 | 856020.633 | RGV-RGC-6015-7A |

NOTES:

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED 08/20/2019.
6. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO B&F ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886–1143.
7. TITLE RESEARCH WAS PROVIDED BY CRB–PLS, LLC (DATED MARCH 6 & 7, 2023).



**MDS LAND SURVEYING COMPANY, INC.**

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION NO. 10019500
874 HARPER ROAD, SUITE 104 • KERRVILLE, TX 78028 • 830-816-1818

| | |
|---|---|
| **METES & BOUNDS SURVEY**<br>THE KNOWN & UNKNOWN HEIRS OF<br>PETER BOONE LaGRANGE, DECEASED<br>**TRACT No. RGV-RGC-6015**<br>STARR COUNTY          TEXAS | |

| | Drawing Ref. No.<br>SHEET 7 OF 8 |
|---|---|

| Mark | Description | Date | Appr. |
|------|-------------|------|-------|
| 1 | Owner Revision | 2/15/24 | |

| | BY | DATE |
|---|---|---|
| Drawn | LMK | 2/24 |
| Checked | LMK | 2/24 |
| Surveyor | JOB | 2/24 |
| Fld.Bk. # | | |

CONTRACT NO.: W912TS-14-D-0013
T.O.: W45XMA815776670001

TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
NO. 10103942




ENGINEERING, INC.
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6859
(EMAIL) info@bnfeng.com



US Army Corps
of Engineers

## SCHEDULE D (Cont.)



# SCHEDULE E

**SCHEDULE E**

ESTATE TAKEN

Starr County, Texas


The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners identified in Special Warranty Deed with Vendor's Lien recorded in Document No. 2022-372628, Official Records of Starr County, Texas, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation, and maintenance of the border barrier.

**SCHEDULE E (Cont.)**



# SCHEDULE F

## **SCHEDULE F**

### ESTIMATE OF JUST COMPENSATION

      The sum estimated as just compensation for the land being taken is EIGHTY-ONE THOUSAND THIRTY-NINE DOLLARS AND 00/100 CENTS ($81,039.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

**SCHEDULE G**

**INTERESTED PARTIES**

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. *See* Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Irene Reteguin Guerrero**<br>c/o David R. Cantu<br>CANTU LAW FIRM<br>4013 South Sugar Road<br>Edinburg, Texas 78539 | **RGV-RGC-6015**<br>Special Warranty Deed w/Vendor's Lien, Document No. 2022-372628; recorded November 14, 2022, Deed Records of Starr County, Texas |
| **Jennifer Carmela Herrera**<br>c/o David R. Cantu<br>CANTU LAW FIRM<br>4013 South Sugar Road<br>Edinburg, Texas 78539 | **RGV-RGC-6015**<br>Special Warranty Deed w/Vendor's Lien, Document No. 2022-372628; recorded November 14, 2022, Deed Records of Starr County, Texas |
| **Ameida Salinas**<br>**Starr County Tax Assessor-Collector**<br>100 N FM 3167, Room 201<br>Rio Grande City, Texas 78582 | **RGV-RGC-6015**<br>Account No. 0015231<br>Geographic ID: 00126-07400-00120-000000<br>AB 126 POR 74 PEDRO LUGOSH 3-A<br>Account No. 0043301<br><br>Geographic ID: 00126-07400-00300-000000<br>AB 126 POR 74 PEDRO LUGOPT SH 5-A7050-0195-01 (A9134) |
| **Laura V. Garcia, RTA**<br>**Rio Grande City Grulla I.S.D. Tax Assessor-Collector**<br>P.O. Box 91<br>Rio Grande City, Texas 78582 | **RGV-RGC-6015**<br>Account No. 00126-07400-00300-000000<br>CAD No. 43301<br>AB 126 POR 74 PEDRO LUGOPT SH 5-A7050-0195-01 (A9134)<br><br>Account No. 00126-07400-00120-000000<br>CAD No. 15231<br>AB 126 POR 74 PEDRO LUGOSH 3-1 |
| **Jose Guadalupe Barcenas Moron**<br>▇▇▇▇▇▇▇▇▇▇▇▇▇▇<br>Rio Grande City, Texas ▇▇▇ | **RGV-RGC-6015**<br>Existing Tenant/Lessee |