IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff | § § § | |
| VS. | § § § | 7:25-cv-00331 |
| 7.131 ACRES OF LAND, MORE OR LESS, SITUATE IN STARR COUNTY, STATE OF TEXAS; JENNIFER CARMELA HERRERA, IRENE RETEGUIN GUERRERO, <br>     Defendant | § § § § § § § | |

**UNOPPOSED MOTION BY STARR COUNTY, TEXAS, et al.
TO PERMIT THEIR ATTORNEY TO BE
EXCUSED FROM ATTENDING THE
<u>INITIAL CONFERENCE  SET SEPTEMBER 3, 2025 at 9:30 a.m.</u>**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

    1.    On June 30, 2025, the Court set an Initial Conference, (Docket #5) in this case for September 3, 2025 at 9:30 a.m.

    2.    The Taxing Authorities were brought into this case by the Plaintiff, United States of America solely because they are owed ad valorem taxes on real property on which the United States seeks to Condemn.

    3.    On August 28, 2025 the United States and the Taxing Authorities entered into a stipulation resolving the Taxing Authorities claims in the case, (Docket #26).

    4.    For the above reasons there are no remaining disputed issues in this case which involve the Taxing Authorities represented by Douglas Steven Bird.  The Taxing Authorities are unopposed to the entry of the Order Establishing Just compensation, Granting Possession, and Distributing Funds on Deposit in the Courts Registry.

WHEREFORE, premises considered the movant Taxing Authorities request that their attorney in charge, Douglas Steven Bird be excused from attending the Initial Conference set for September 3, 2025, at 9:30 a.m.

        Respectfully submitted,

        ATTORNEY FOR TAXING AUTHORITIES

        By:    /s/ Douglas Steven Bird
                   DOUGLAS STEVEN BIRD
                   State Bar No. 02331330
                   Southern Admission No. 3438883
                   ETHAN RANIS
                   State Bar No. 24098303
                   LINEBARGER GOGGAN
                   BLAIR & SAMPSON, LLP
                   P.O. Box 17428
                   Austin, Texas 78760
                   (512) 447-6675 (Telephone)
                   (512) 693-0728 (Facsimile)

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been filed electronically and is to be served by electronic transmission to all parties on the court's electronic mailing matrix on September 2, 2025.

        /s/ Douglas Steven Bird
        Douglas Steven Bird

**CERTIFICATE OF CONFERENCE**

      Counsel is authorized to represent that he has contacted the attorney for the United States and he does not oppose the relief requested by this motion.

                                         /s/ Douglas Steven Bird
                                         Douglas Steven Bird